MINUTE ENTRY
MILAZZO, J.
OCTOBER 4, 2023

JS-10 00:34

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                CRIMINAL ACTION

VERSUS                                                  NO: 20-60

GARY R. GIBBS                                           SECTION "H"

## SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

| | |
|---|---|
| CASE MANAGER: | Sherry Adams |
| COURT REPORTER: | Toni Tusa |
| LAW CLERK: | Kimberly Cook |
| APPEARANCES: | Nicholas D. Moses, Matthew R. Payne, for Government |
| | Randall A. Smith, for Defendant |
| | Gary R. Gibbs, Defendant |
| | Tamika Jackson, U.S. Probation Officer |

Court begins at 12:15 p.m.
Counsel appear for the record.
On August 26, 2020, defendant entered into a guilty plea as to Count 1 of the Bill of Information.
The Court rules on objections as to the Presentence Report.
Defendant and his counsel addressed the Court.
Victim reads statement in open court.
Government addressed the Court.
Defendant is sentenced as to Count 1 of the Bill of Information.
Defendant released, to surrender on or before **NOON on JANUARY 2, 2024.**
Restitution ordered.
See Judgment and Commitment Order.
Court adjourned at 12:49 p.m.